UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

Plaintiff,

v.

ALFONZO ALLEN and
TIANA ALLEN,

Defendants.

Case No. **22 -CR-14**

[18 U.S.C. §§ 2119(1), 922(g), 922(j),
924(c), 924(a)(2), and 2(a)]

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

On or about September 6, 2021, in the State and Eastern District of Wisconsin,

**ALFONZO ALLEN and TIANA ALLEN,**

with intent to cause death and serious bodily harm, took a motor vehicle that had been

transported, shipped, and received in interstate and foreign commerce from D.B. by force,

violence, and intimidation.

In violation of Title 18, United States Code, Sections 2119(1) and 2(a).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      Between on or about September 6, 2021, and on or about December 28, 2021, in the State and Eastern District of Wisconsin,

### ALFONZO ALLEN

knowingly possessed a stolen firearm which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the firearm was stolen.

2.      The firearm is more fully described as a Smith and Wesson SD40VE .40 caliber semi-automatic handgun bearing serial number FDB7739.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 27, 2021, in the State and Eastern District of Wisconsin,

## ALFONZO ALLEN,

with intent to cause death and serious bodily harm, took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from M.S. by force, violence, and intimidation.

In violation of Title 18, United States Code, Section 2119(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 27, 2021, in the State and Eastern District of Wisconsin,

## ALFONZO ALLEN

knowingly used, carried, and brandished a firearm during and in relation to a crime of violence,

namely motor vehicle robbery as charged in Count Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

4

## COUNT FIVE

### THE GRAND JURY FURTHER CHARGES THAT:

1.     On or about December 28, 2021, in the State and Eastern District of Wisconsin,

### ALFONZO ALLEN,

knowing he previously had been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, which, prior to his possession of it, had been

transported in interstate commerce, the possession of which was therefore in and affecting

commerce.

2.     The firearm is more fully described as a Smith and Wesson SD40VE .40 caliber

semi-automatic handgun bearing serial number FDB7739.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON
Dated:     1/19/2022

RICHARD G. FROHLING
United States Attorney

5